IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SEWN NEWTON,
        Plaintiff,
    v.                          **Judgment in a Civil Case**
DAVID G. TUNGEN; CHARLES
MULLEN; WARDEN MARSHALL,
        Defendants.           Case Number: 5:12-CT-3085-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for failure to respond to this court's order.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice due to plaintiff's failure to prosecute and abandonment of his claims.

This Judgment Filed and Entered on August 27, 2012, with service on:
Sewn Newton 59700-053, Federal Medical Center, P.O. Box 1600, Butner, NC 27509 (via U.S. Mail)

August 27, 2012                                  /s/ Julie A. Richards
                                                                    Clerk